IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                           CASE NO. 5:12cv54-MP

$6,000.00 IN UNITED STATES CURRENCY,

    Defendant.
_____/

### DECREE OF FORFEITURE

    This matter is before the court on the Motion for Forfeiture of Property, filed by the United States of America. (Doc 6). On March 5, 2012, a Verified Complaint of Forfeiture In Rem against the defendant property, $6,000.00 in United States Currency, was filed on behalf of the Plaintiff, United States of America. The Complaint alleges that the defendant property is forfeitable to the United States of America pursuant to 21 U.S.C. § 881.

    On March 12, 2012, J. LaDon Dewrell, attorney for David Mark Mosher, potential claimant, received notice of the pending forfeiture action by certified mail.

    Notice of Forfeiture Action was published on an official government Internet site, www.forfeiture.gov, for 30 consecutive days beginning March 10, 2012, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions. The Notice of Publication was filed on April 10, 2012.

    No other person or entity has filed a claim.

    Accordingly, Defendant property, $6,000.00 in United States Currency, shall be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law.

    **DONE and ORDERED** this 15th day of May, 2012.

                                                   s/ *M. Casey Rodgers*
                                                 **M. CASEY RODGERS**
                                                 **CHIEF UNITED STATES DISTRICT JUDGE**